# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2751
LT Case No. 16-2022-CF-001039-B

_____

RASHAD JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Rashad Johnson, Trenton, pro se.

No Appearance for Appellee.

March 17, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____